FORTUNET, INC., Millennium, Inc., and Millennium Games, Inc., Plaintiffs–Appellees,

and

Jack B. Coronel, Third Party Defendant–Appellee,

v.

PLANET BINGO, LLC, Defendant/Third Party Plaintiff–Appellant,

and

Melange Computer Services, Inc., Defendant–Appellant.

Nos. 2008–1082, 2008–1083.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2008.

On Appeal from the United States District Court for the District of Nevada, Nos. 2:04–CV–1448 and 2:04–CV–0556, Philip M. Pro, Judge.

Michael D. Rounds, Watson Rounds, of Reno, NV, argued for plaintiffs-appellees and third party defendant-appellee. With him on the brief was Cassandra P. Joseph.

Jeffrey Weiss, Weiss & Moy, P.C., of Washington, DC, argued for defendant/third party plaintiff-appellant. With him on the brief was Karen J. Sepura.

Mark R. Fox, Fraser Trebilcock Davis & Dunlap, P.C., of Lansing, MI, argued for defendant-appellant. With him on the brief was Toni L. Harris.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.